# In the United States District Court
# for the District of Kansas

**United States of America**,
   Plaintiff,

v.               Case No. 25-10030-01 EFM

**Craig D. Drees**,
   Defendant.

## Motion for Continuance

Craig D. Drees, through undersigned counsel, moves this Court to continue the pretrial motions deadline, status conference, and jury trial for 60 days, for the following reasons:

1. The current schedule for this case is:

    a. Motions deadline is April 30, 2025.

    b. Status conference is scheduled for May 12, 2025, at 9:45 a.m.

    c. Jury trial is scheduled for May 27, 2025, at 9:00 a.m.

2. We are requesting to continue all three deadlines.

3. The government does not object to this request.

4. Additional time is necessary, beyond the original trial date, for counsel's effective preparation, taking into account counsel's exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically:

    a. Mr. Drees was arraigned on March 27, 2025.

    b. The government provided discovery on March 24, 2025, which consists of 213 documents and 629 audio and/or video recordings. Additional time is needed to review the discovery with Mr. Drees, conduct any research or investigations, and file any pretrial motions, if necessary.

    c. This is Mr. Drees' first request for continuance.

    d. Mr. Drees is out on bond.

For these reasons, the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7). "[S]ubsection (h)(7) expressly accounts for the possibility that a district court would need to delay a trial to give the parties adequate preparation time." *Bloate v. United States*, 559 U.S. 196, 213 (2010). "[A] district court may exclude preparation time under subsection (h)(7) if it grants a continuance for that purpose based on recorded findings 'that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.'" *Id*. at 214. This subsection provides "[m]uch of the Act's flexibility," and gives district courts "discretion . . . to accommodate limited delays for case specific needs." *Zedner v. United States*, 547 U. S. 489, 498-99 (2009). Those needs are present here.

Mr. Drees therefore asks this Court to make the required findings and continue jury trial for 60 days, setting new deadlines related to pretrial motions and scheduling a status conference in conformity with the new trial date.

Respectfully submitted,

s/ Ellen Albritton
ELLEN ALBRITTON
Sup. Ct. No. 28978
Assistant Federal Public Defender
Federal Public Defender Office
301 N. Main, Suite 850
Wichita, KS 67202
Telephone: (316) 269-6170
Fax: (316) 269-6175
E-mail: ellen_albritton@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court on April 29, 2025, by using the CM/ECF system, which will send a notice of electronic filing to the following:

Kari Burks
Assistant United States Attorney
Kari.Burks@usdoj.gov

s/ Ellen Albritton
ELLEN ALBRITTON, #28978

3