# In the United States District Court
# for the District of Kansas

**United States of America**,
           Plaintiff,

v.

Case No. 25-10030-01 EFM

**Craig D. Drees**,
           Defendant.

## Order for Continuance

Now on this 30th day of June, 2025, the above matter comes before the Court on Craig D. Drees' Motion for Continuance (Doc. 14) of the pretrial motions deadline, status conference, and jury trial for 60 days. The government does not object to the defendant's request.

Having reviewed the motion, and being familiar with the case history, this Court finds the following reasons:

    a. Mr. Drees was arraigned on March 27, 2025.

    b. The government provided discovery on March 24, 2025, which consists of 213 documents and 629 audio and/or video recordings. Additional time is needed to finish reviewing the discovery with Mr. Drees, conduct any research or investigations, and file any pretrial motions, if necessary.

    c. This is Mr. Drees' second request for continuance.

    d. Mr. Drees is out on bond.

For these reasons, this Court finds that additional time is necessary for counsel's effective preparation, taking into account counsel's exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). This Court further finds that the period of delay resulting from this continuance shall be excluded in computing time under the Speedy Trial Act, because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7).

Specifically, the time from June 30, 2025, to the Court's ruling on this motion to continue is excluded, as is the time from the original trial setting of August 12, 2025, to the new trial setting of October 21, 2025.

This Court therefore grants the requested continuance, and imposes the following deadlines:

1. Motions deadline is August 29, 2025.
2. Status conference October 14, 2025, at 9:30 a.m. in Wichita Room 414 before Chief District Judge Eric F. Melgren.
3. Jury trial October 21, 2025, at 9:00 a.m. in Wichita Courtroom 408 before Chief District Judge Eric F. Melgren.

It is therefore ordered that the Motion for Continuance (Doc. 14) is granted.

So ordered on this 30th day of June, 2025.

*[signature: Eric F. Melgren]*

———————————————
ERIC F. MELGREN
CHIEF U.S. DISTRICT JUDGE